1

2

3

4                    UNITED STATES DISTRICT COURT

5                  EASTERN DISTRICT OF WASHINGTON

6                                        )
JOHN BILLINGTON, et ux,                  )
7                                        )   No.  CV-08-226-JLQ
                                         )
8                    Plaintiffs,         )   ORDER FOR DISMISSAL WITH
                                         )   PREJUDICE AND ORDER
9            vs.                         )   CLOSING FILE
                                         )
10  GREEN TREE SERVICING, EAST ROCK )
FINANCIAL SERVICES, et al,               )
11                                       )
                     Defendants.         )
12  _____  _____)

13          Based upon the Stipulations of the Plaintiffs, IT IS HEREBY ORDERED that the

14  Clerk of this court shall enter judgment dismissing the complaint and the claims therein

15  against the above-named Defendants with prejudice, without costs to any party.

16          Upon entry of judgment of dismissal, the Clerk of this court shall close this file.

17          The Clerk of this court shall enter this Order, enter judgment of dismissal with

18  prejudice and without costs, forward copies to counsel, and close this file.

19          **DATED** this 6th day of February 2009.

20                          s/ Justin L. Quackenbush
                        JUSTIN L. QUACKENBUSH
21                  SENIOR UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28  ORDER - 1