AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JOHN BILLINGTON, et ux,

                Plaintiffs,

                v.

GREEN TREE SERVICING, EAST ROCK FINANCIAL SERVICES, et al,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-226-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the complaint and the claims therein against the above-named Defendants are dismissed with prejudice, without costs to any party.

February 6, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Shirley Peters
*(By) Deputy Clerk*
Shirley Peters